Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3

---

**GREEN GARDEN PRODUCE, LLC**

                           **Plaintiff,**

v.

**UNITED STATES,**

                           **Defendant.**

**S U M M O N S**  1:24-cv-114

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. GREEN GARDEN PRODUCE, LLC is an importer of products subject to the anti-circumvention inquiry under appeal, is an interested party as defined in 19 U.S.C. § 1677(9)(A), and was a participant in the anti-circumvention inquiry under appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests the final determination of circumvention of the antidumping duty order on Fresh Garlic From the People's Republic of China, by the U.S. Department of Commerce, International Trade Administration, published as Fresh Garlic From the People's Republic of China:Affirmative Final Determination of Circumvention of the Antidumping Duty Order, 89 Fed. Reg. 50256 (June 13, 2024). The administrative proceeding was conducted pursuant to section 781 of the Tariff Act of 1930, as amended (19 U.S.C. § 1677j). This determination is contested pursuant to 28 U.S.C. §§ 1581(c), 2631(c) and 19 U.S.C. §§ 1516a(a)(2)(A)(ii), 1516a(a)(2)(B)(vi).
(Brief description of contested determination)

3. The International Trade Administration of the U.S. Department of Commerce published the final circumvention determination in the above-referenced proceeding on June 13, 2024. See 89 Fed. Reg. 50256.
(Date of determination)

4. The contested final circumvention determination was published in the Federal Register on June 13, 2024. See 89 Fed. Reg. 50256.
(If applicable, date of publication in Federal Register of notice of contested determination)

---

_____
Signature of Plaintiff's Attorney

July 8, 2024
_____
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Shanshan Liang
2104 Delta Way, Suite #1
Tallahassee, FL 32303
(850) 893-0670
sliang@customscourt.com

**SEE REVERSE SIDE**

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

## SERVICE LIST

**Attorney-In-Charge**
**International Trade Field Office**
**Commercial Litigation Branch**
**U.S. Department of Justice**
**26 Federal Plaza**
**New York, NY 10278**

**Supervising Attorney**
**Civil Division**
**Commercial Litigation Branch**
**U.S. Department of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20530**

**General Counsel**
**Department of Commerce**
**1401 Constitution Ave NW**
**Washington, DC 20230**