FORM 18A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  THE HONORABLE CLAIRE R. KELLY., JUDGE**

|  |  |
|---|---|
| MIDWEST FASTENER CORP., | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | )  Court No. 17-00231 |
| UNITED STATES, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| MID CONTINENT STEEL & WIRE, INC, | ) |
|  | ) |
| Defendant-Intervenor. | ) |
|  | ) |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS**
**TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

**PLEASE TAKE NOTICE** that Jared M. Cynamon, an attorney with the U.S.

Department of Commerce, who previously entered an appearance on behalf of defendant United

States in this action and the related actions listed in the attached schedule, is no longer

participating in these actions.  Please remove his CM/ECF access to business proprietary

information and assure that he is no longer served with business proprietary information.

Dated:  November 14, 2024

s/Jared M. Cynamon
Jared M. Cynamon
Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel:  (202) 482-131
Fax:  (202) 482-4912
Email:  Jared.Cynamon@trade.gov

FORM 18A-2

SCHEDULE TO NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY
ACCESS TO BUSINESS PROPRIETARY INFORMATION

| Court Number(s) | Case Name |
|---|---|
| 17-00269 | Fastenal Company Purchasing v. United States |
| 17-00287 | Simpson Strong-Tie Company. v. United States |
| 18-00027 | Pro-Team Coil Nail Enterprise, Inc. et al v. United States |
| 18-00062 | Simpson Strong-Tie Company v. United States |
| 20-03686 | Dongkuk S&C Co., Ltd. v. United States |
| 21-00117 | The Mosaic Company v. United States |
| 21-00173 | Tau-Ken Temir LLP et al v. United States |
| 21-00220 | Industrial Group Phosphorite LLC v. United States |
| 21-00221 | PhosAgro PJSC et al. v. United States |
| 22-00029 | Hyundai Steel Company v. United States |
| 22-00032 | Dongkuk Steel Mill Co., Ltd. v. United States |
| 22-00047 | KG Dongbu Steel Co., Ltd. et al v. United States |
| 23-00095 | Resolute FP Canada Inc. v. United States |
| 23-00187 | Government of Canada et al v. United States |
| 23-00188 | Canfor Corporation et al v. United States |
| 23-00189 | Committee Overseeing Action for Lumber Trade Investigations or Negotiation v. United States |
| 23-00204 | Tolko Industries Ltd. et al v. United States |
| 23-00206 | Resolute FP Canada Inc. et al v. United States |
| 23-00231 | Tube Forgings of America, Inc. et al v. United States |

FORM 18A-3

| | |
|---|---|
| 23-00232 | International Pipe & Procurement Group, LP v. United States |
| 23-00236 | Tube Forgings of America, Inc. et al v. United States |
| 23-00239 | Archer Daniels Midland Company v. United States |
| 23-00241 | Wagner Spray Tech Corporation v. United States |
| 23-00247 | The Mosaic Company v. United States |
| 23-00254 | Joint Stock Company Apatit v. United States |
| 24-00061 | Export Packers Company Limited v. United States |
| 24-00091 | Marcatus QED, Inc. v. United States |
| 24-00114 | Green Garden Produce, LLC v. United States |
| 24-00119 | American Brass Rod Fair Trade Coalition et al v. United States |