## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GREEN GARDEN PRODUCE, LLC, <br>    *Plaintiff*, <br> v. <br> UNITED STATES, <br>    *Defendant*, <br> and <br> FRESH GARLIC PRODUCERS ASSOCIATION and its individual members, <br>    *Defendant-Intervenors*. | Ct. No. 24-00114-MMB |

## ORDER

1.  Within 21 days of this order, the parties shall file supplemental briefs, of not more than 3,500 words each, addressing whether the court has jurisdiction to consider Plaintiff's argument that its garlic imports are expressly excluded from the scope of the relevant antidumping duty order when (1) the Department of Commerce declined to rule upon that argument in a scope proceeding and (2) Plaintiff did not timely bring an action in this court challenging the 2023 scope ruling resulting from the proceeding in which the agency so declined.

2.  The parties shall submit courtesy copies of their supplemental briefs consistent with the court's webpage instructions.[1]

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Judge_Baker_Dispositive_Motion_Courtesy_Copy_Instructions.pdf.

2

3. The deadline for the joint appendix is stayed pending the supplemental briefing. Plaintiff shall file the appendix no later than 14 days after the due date for the supplemental briefs.

Dated:   September 18, 2025            /s/ *M. Miller Baker*
         New York, New York            M. Miller Baker, Judge