**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**GREEN GARDEN PRODUCE, LLC,**
**PLAINTIFF**

v.

**UNITED STATES,**
**DEFENDANT.**

Ct. No. 1:24-cv-00114-MMB

**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR STATUTORY INJUNCTION OUT OF TIME**

Upon consideration of Plaintiff Green Garden Produce, LLC's Motion for Leave to File Motion for Statutory Injunction Out of Time, and all other papers and proceedings herein, and good cause having been shown, it is hereby

ORDERED that Plaintiff's Motion for Leave to File Motion for Statutory Injunction Out of Time is GRANTED; and it is further

ORDERED that Plaintiff's Motion for Statutory Injunction, submitted contemporaneously with the Motion for Leave, is accepted for filing.

DATED: September 28, 2026
New York, New York

*/s/ M. Miller Baker*
M. Miller Baker, Judge