**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **GREEN GARDEN PRODUCE, LLC,**<br>**PLAINTIFF**<br><br>v.<br><br>**UNITED STATES,**<br>**DEFENDANT.** | Ct. No. 1:24-cv-00114-MMB |

**ORDER GRANTING STATUTORY INJUNCTION**

Upon consideration of Plaintiff Green Garden Produce, LLC's Motion for Leave to File Motion for Statutory Injunction Out of Time, and all other papers and proceedings herein, and good cause having been shown, it is hereby

**ORDERED** that Plaintiff's Motion is granted; and it is further

**ORDERED** that, pursuant to 19 U.S.C. § 1516a(c)(2), Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals and remand proceedings, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of small and large garlic chunks from the People's Republic of China:

(1) that were produced by Fenjun Foodstuff Co., Ltd. or Qingdao Deeshenghengxin Food Co., Ltd. and imported by Green Garden Produce, LLC;

(2) that were the subject of the U.S. Department of Commerce's final determination in *Fresh Garlic From the People's Republic of China: Affirmative Final Determination of Circumvention of the Antidumping Duty Order*, 89 Fed. Reg. 50,256 (June 13, 2024); and

(3) that were entered, or withdrawn from warehouse, for consumption, on or after June 1, 2021, through the date of the final and conclusive court decision in this action.

It is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final and conclusive court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this Order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: September 28, 2026 /s/ *M. Miller Baker*

New York, New York M. Miller Baker, Judge